IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on Behalf of the Estates of Polaroid Corporation et al., <br><br> Plaintiff, <br><br> v. <br><br> LEONARD POLIZZOTTO, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 04-623--SLR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules Civil Procedure 41, Plaintiff and Defendant hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and expenses. This case is hereby closed.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Joseph A. Malfitano (No. 4020)
Maribeth L. Minella (No. 4185)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
mminella@ycst.com

Attorneys for Plaintiff

Dated:_____

MOUNTAIN, DEARBORN &
WHITING LLP

_____
Mark W. Bloom
370 Main Street
Worcester, Massachusetts 01608-1778
(508) 755-6640

Attorneys for Defendant

SO ORDERED:

_____

DB02:5051715.1

058670.1001

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I caused a copy of the foregoing document to be served upon the following party in the manner indicated:

FIRST-CLASS MAIL:

Mark W. Bloom, Esquire
370 Main Street
Worcester, MA 01608-1778

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. M.

Maribeth L. Minella (No 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
mminella@ycst.com

Attorneys for Plaintiff